```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                    Case No. 18-02610-HWV
Frederick L Chapman                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh           Page 1 of 1           Date Rcvd: Mar 11, 2019
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2019.
    +Commonwealth of Pennsylvania,   Bureau of Commonwealth Payroll (confiden,   PO Box 8006, Harrisburg, PA 17105-8006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2019 at the address(es) listed below:
    Brian Thomas Langford   on behalf of Creditor   PSECU PitEcf@weltman.com, PitEcf@weltman.com
    Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
    James  Warmbrodt   on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
    Leah M Stump   on behalf of Attorney Leah M. Stump-Lesley lstump@shepleylaw.com
    Leah M Stump   on behalf of Debtor 1 Frederick L Chapman lstump@shepleylaw.com
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov
    TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Frederick L. Chapman

    Debtor

Chapter 7

Bankruptcy No.: 1:18-2610

## ORDER

    Upon consideration of the Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

    It is hereby ORDERED that until further Order of this Court, the entity from whom Debtor receives income:

        Commonwealth of Pennsylvania
        Bureau of Commonwealth Payroll (Confidential)
        PO Box 8006
        Harrisburg, PA  17105

should deduct from said Debtor's income the sum of $1340.00 from each bi-weekly paycheck, beginning on the next pay following receipt of this Order and deduct similar amounts each pay period thereafter, including any pay period from which Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the Debtor and to remit the deductible sum to:

        Charles J. Dehart, III
        Standing Chapter 13 Trustee
        PO Box 7005
        Lancaster, PA  17604

    It is futher ORDERED that the entity from whom Debtor receives income shall notify the above listed Trustee if Debtor's Income is terminated and the reason therefore.

    It is futher ORDERED that all remaining income of Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to Debtor in accordance with usual payment procedure.

    It is further ORDERED that the entity from whom Debtor receives income will place the Bankruptcy Case Number {1:18-bk-02610-HWV} and the name of Debtor on all checks being forwarded to the above listed Trustee to ensure proper accounting of the funds.

Dated:  March 11, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)