# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Frederick L. Chapman, | Chapter 13 |
| Debtor. | Case No: 1:18-bk-2610 |

## CERTIFICATION OF SERVICE

    I, Leah M. Stump-Lesley, certify that under of penalty perjury that I served the following documents, Order Amending All Existing Wage Attachment Orders/Orders To Pay Trustee Related To Cases Assigned to Standing Chapter 13 Trustee Charles J. Dehart, III, on the parties listed below by either electronic notification or first-class mail postage prepaid:

| | |
|---|---|
| Date: May 10, 2021 | /s/ Leah M. Stump-Lesley, Esq. |
| | Leah M. Stump-Lesley, Esq. |
| | PA Bar ID No. 93211 |
| | Harold Shepley & Associates, LLC |
| | 3115 N. Front Street |
| | Harrisburg, PA 17112 |
| [PARTIES SERVED] | Phone: (717) 692-5533 |

Commonwealth of Pennsylvania
Bureau of Commonwealth Payroll (confidential)
PO Box 8006
Harrisburg, PA 17105