United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                                         Case No. 18-02610-HWV
Frederick L Chapman                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: AutoDocke                                     Page 1 of 2
Date Rcvd: Jun 24, 2022                      Form ID: pdf010                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2022:**

**Recip ID**           **Recipient Name and Address**
            +   Commonwealth of Pennsylvania, Bureau of Commonwealth Payroll (confiden, PO Box 8006, Harrisburg, PA 17105-8006

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2022                                    Signature:                /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Thomas Langford | on behalf of Creditor PSECU PitEcf@weltman.com  PitEcf@weltman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Leah M Stump | on behalf of Former Trustee Charles J DeHart  III (Trustee) lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 1 Frederick L Chapman lstump@shepleylaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 1:18-bk-02610 |
| FREDRICK L. CHAPMAN | : | |
|     Debtor | : | |
| | : | Chapter 13 |
| FREDERICK L. CHAPMAN | : | |
| | : | |
|   v.  Movant | : | |
| | : | |
| | : | |
| COMMONWEATH OF PENNSYLVANIA | : | |
|     Respondent | : | |

**ORDER ON MOTION TO TERMINATE WAGE ATTACHMENT**

 Upon consideration of the Debtor's Motion to Terminate Wage Attachment, it is hereby ORDERED that the Wage Attachment be terminated.

        By the Court,

        _____
        Henry W. Van Eck, Chief Bankruptcy Judge
        Dated: June 24, 2022