United States Bankruptcy Court

Middle District of Pennsylvania

In re:          Case No. 18-02610-HWV

Frederick L Chapman          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Jun 24, 2022      Form ID: pdf010      Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frederick L Chapman, 6208 Chatham Glenn Way N, Harrisburg, PA 17111-4288 |
| 5075454 | + | Aspen Dental, 121 Towne Centre Drive, Johnstown, PA 15904-2824 |
| 5075455 | | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, P.O. Box 8875, Camp Hill, PA 17001-8875 |
| 5075457 | | Cenlar, Payment Processing Center, P.O. Box 11733, Newark, NJ 07101-4733 |
| 5075459 | + | KML Law Group, Suite 5000 - BNY Independence Cente, 701 Market Street, Philadelphia, PA 19106-1541 |
| 5075462 | + | One Main Financial, Attn: Bankruptcy, 601 NW 2nd Street, Harrisburg, PA 17113 |
| 5075463 | + | Penn Waste, PO Box 3066, 85 Brickyard Road, York, PA 17402-0066 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5086635 | + | Email/Text: bankruptcy@sccompanies.com | Jun 24 2022 18:36:00 | Ashro Lefestyle, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 5075456 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 24 2022 18:47:16 | Capital One, Bankruptcy Department, P.O. Box 5155, Norcross, GA 30091 |
| 5095336 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2022 18:47:18 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 5083967 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 24 2022 18:47:24 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5075458 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2022 18:36:00 | Kay Jewelers, Attn: Bankruptcy, P.O. Box 1799, Akron, OH 44309-1799 |
| 5101993 | ^ | MEBN | Jun 24 2022 18:34:54 | Lakeview Loan Servicing LLC, PO BOX 840, Buffalo, NY 14240-0840 |
| 5186892 | ^ | MEBN | Jun 24 2022 18:34:55 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5075460 | ^ | MEBN | Jun 24 2022 18:34:49 | Merchants' Credit Guide Co., 223 W. Jackson Blvd., Chicago, IL 60606-6914 |
| 5075461 | + | Email/Text: bankruptcy@sccompanies.com | Jun 24 2022 18:36:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5086634 | + | Email/Text: bankruptcy@sccompanies.com | Jun 24 2022 18:36:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 5075465 | | Email/Text: bankruptcynotices@psecu.com | Jun 24 2022 18:36:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 5075464 | + | Email/Text: bankruptcynotices@psecu.com | Jun 24 2022 18:36:00 | PSECU, Attention: Bankruptcy, P.O. Box 67013, Harrisburg, PA 17106-7013 |

TOTAL: 12

Case 1:18-bk-02610-HWV    Doc 61    Filed 06/26/22    Entered 06/27/22 00:18:17    Desc
Imaged Certificate of Notice     Page 1 of 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 26, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Thomas Langford | on behalf of Creditor PSECU PitEcf@weltman.com PitEcf@weltman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Leah M Stump | on behalf of Former Trustee Charles J DeHart III (Trustee) lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 1 Frederick L Chapman lstump@shepleylaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 1:18-bk-02610 |
| FREDRICK L. CHAPMAN | : | |
|     Debtor | : | |
| | : | Chapter 13 |
| FREDERICK L. CHAPMAN | : | |
| | : | |
|     Movant | : | |
| | : | |

### ORDER ON MOTION TO VOLUNTARILY DISMISS

    Upon consideration of the debtor's Motion to Voluntarily Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is dismissed.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 24, 2022